ADAM WANG (SBN 201233)
LAW OFFICES OF ADAM WANG
12 S FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Tel: 408-292-1040
Fax: 408-286-6619
ATTORNEY FOR PLAINTIFF

E-FILING

ADR

FILED
2008 FEB 19 P 1:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ROBLES, | Case No: C08 00993 HRL |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| EDSON CAMACHO, OSVALDINA LIMA, and DOES 1-10, | |
| Defendants | |

Plaintiff demands a jury trial of causes of action alleged in their Complaint.

Dated: 2/19/08

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiff

COMPLAINT - 10