```
ADAM WANG (SBN 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-286-6619

Attorney for Plaintiff
NICOLAS ROBLES
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| NICOLAS ROBLES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDSON CAMACHO, OSVALDINA LIMA,<br><br>and DOES 1-10,<br><br>　　　Defendants | Case No: C08-993 HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|

　　　Plaintiff Nicolas Robles hereby dismiss this case without prejudice.

Dated: June 5, 2008　　　　　　　　　　　　　　　By: /s/ Adam Wang
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adam Wang
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Voluntary Dismissal